# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Preservation Professional Services, LLC<br>Journey Investment Group, LLC, | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:14-cv-00589-RJC-DCK |
| vs. | ) | |
| M2 Pictures, LLC<br>Scripps Networks Interactive, Inc.,<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2015 Order.

June 12, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court